COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cornelius Milan Harper v. The State of Texas

Appellate case number:   01-14-00641-CR

Trial court case number: 11-DCR-056513

Trial court:             434th District Court of Fort Bend County

The reporter's record on this appeal was originally due August 18, 2014.  71 volumes of the record have previously been filed by two of the three reporters in the trial court.

Rachel Gamez, one of the court reporters in this case, has moved for an extension to April 2, 2015 to file her portion of the record.  Previous extensions granted to the reporter stated no further extensions would be considered. We **DENY** the motion.  *See* TEX. R. APP. P. 10.5(b)(1)(C) (requiring motions for extension of time to state facts relied on to reasonably explain need for extension), 35.3(c) (requiring courts to ensure that appellate record is timely filed).  We **ORDER** the court reporter, **or her substitute**, to file the record within 14 days of the date of this order.  If the record is not filed within 14 days of the date of this order, we may require Rachel Gamez to appear and show cause why the record has not been filed.

It is so ORDERED.


Judge's signature: __/s/ Harvey Brown
                    X  Acting individually    ☐  Acting for the Court


Date:  March 5, 2015